ACCEPTED
03-14-00644-CV
4212534
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 1:33:44 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00644-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/19/2015 1:33:44 PM
JEFFREY D. KYLE
Clerk

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

JOSE A. PEREZ

Appellant

Vs.

TEXAS MEDICAL BOARD and  MARI ROBINSON JD, in her Official Capacity

Appellees.

## MOTION TO ABATE AND AMEND APPELLATE BRIEF

Jose A. Perez, respectfully moves the Court to Abate and respectfully seeks leave of Court to Amend the Appeal. As grounds therefore he shows:

1- By letter dated February 17th, 2015 the Third District Court of Appeals Clerk informed Mr. Perez that the clerk filed a Supplemental Record. Mr. Perez has contemporaneously requested that a copy of the same be provided to him

2- Mr. Perez has no idea what information the referenced record contains nor the reason the same was not provided prior to Mr. Perez filing his initial appellate brief.

3- The Third District Court[1] has previously stated that:

*The rules further instruct us to construe the briefing requirements "liberally" and that "substantial compliance" is sufficient, as the point of having briefs in the first place is merely to "acquaint the court with the issues in a case and to present argument that will enable the court to decide the case" and not to impose formal requirements as ends in themselves. Id. R. 38.9. The rules further contemplate that appellate courts will afford parties the opportunity to cure any formal or substantive briefing defects before disposing of the appeal based on such a defect rather than the merits. See id.; see also Inpetco, Inc. v. Texas Am. Bank/Houston, 729 S.W.2d 300, 300 (Tex. 1987) (regarding parallel provisions of former appellate rules). Finally, "[a] brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe." See Tex. R. App. P. 38.7.*

Wherefore he respectfully moves the court to abate the appeal and to grant leave to amend his initial appellate brief.  .

Respectfully Submitted,

_____Jose A. Perez__/S/_____

34 Candle Pine Place
The Woodlands, TX 77381
theaesculapius@gmail.com
281-673-0452

## CERTIFICATE OF CONFERENCE

A telephonic conference with Mr. Ross was held on February 19th, 2017  @ 2:00 PM regarding the merits of the instant motion and he stated that he objected.

_____Jose A Perez__/s/____

## CERTIFICATE OF SERVICE

---

[1] Majeed v. Hussain, No. 03-08-00679-CV (Tex.App. Dist.3 10/22/2010) citing See Tex. R. App. P. 38.7

It is hereby certified that a copy of the foregoing " Plaintiff's Motion To Abate Appeal " was served by emailing a copy thereof via the State efiling system on this 19th Day of February 2015 to:

Ted A Ross, Esq
Assistant Attorney General
PO Box 12548
Austin, TX 78711-2548
ted.ross@texasattorneygeneral.gov


_____Jose A Perez__/s/____